RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Elijah Butler 56560
_____ )
Full name and prison number )
of plaintiff(s)              )
                             )
v.                           )   CIVIL ACTION NO. 1:07-CV-444-WKW
                             )   (To be supplied by Clerk of
The City Police Department   )   U.S. District Court)
Houston county               )
the magistrate office        )
_____   )
                             )
_____   )
Name of person(s) who violated )
your constitutional rights.    )
(List the names of all the     )
persons.)                      )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (✗)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (✗)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) __Elijah Butler_____

            Defendant(s) _____

        2.  Court (if federal court, name the district; if
            state court, name the county) __Houston count
            And Dothan city police_____

3. Docket number _____

4. Name of judge to whom case was assigned _Judge Mendheim And Judge Steensland_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Judge Steensland was suspended_

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Houston county Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Houston County Court house_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. _Julie K Johnson_          _Magistrate Dothan_
2. _Houston County Jail_      _901 E main St Dothan_
3. _City Police and investigation_  _St Andrew St Dothan_
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Dec, 17 2006 And Feb, 28 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I was arrested and wasnt seen by medical are a physician on Dec, 17 2006 the Detective had_

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

me taken in And I never got too get any medical help I was taken in for Questioning and was Arrested on warrants

**GROUND TWO:** I was relesed too go on to the next court And the magistrate stoped it by upon her self

**SUPPORTING FACTS:** Sentance me too 12 months in the county Jail nothing was said in court about doing any time

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

First I would like to get released from Jail charges droped And fines and restitution paid in full And I would like to sue the city and county for being arrested without medical atenten

_Elijah Butler_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 05/16/07
(Date)

_Elijah Butler_
Signature of plaintiff(s)

4

Elijah Butler
56560
901 E Main St
Dothan AL 36301

RECEIVED
2007 MAY 18 A 9:50
DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To the Court

The detective that was investigating the deth in the cakben deoxide Poision were one man died and one was left a live back in Dec, 17. 2006 he took me down to the Police station for Questioning and after Questioning me about the deth case he said that I had a warrant on me that he couldnt let me go. they took me down stairs and started too book me, and with all the stuff that was in my pocket it was what look like a pipe. so they gave me a charge and I went too court and they gave me 10 days on the charge and about the 9th day of my time they came too me with a paper too sign and said that I had too stay untill the 15th of Jan, of 07 And still dont no why, so they took me over too the county Jail that same day, and about the 18 or 19th I went to first appearance and they set me a court date for the 28th of Feb, 07 and on the 14th of Feb, they took me too court on four old charges from 2004 in Judge Steensland court and he sentence me too work Release long enough to pay off the $2000.00 but I could go untill I went to court on the 28th. so the 28th I went too court in front of Judge mendheim and I asked him could I run the two together so he did and he suspended Judge Steensland charge and gave me time served on his charge with know court cost pay the restitution so that I would be able to go on to ozark and get that over over with but the magistate and the clerk changed what the Judge said and gave me 12 months sentence that was not brought up in court that I never even knew anything about and turned down my appeal said that it was to late I had already been to trial



Elijah Butler
56560 N Pod 8
901 E. main St
Dothan, AL 36301

United States District Court
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101-0711