THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ELIJAH BUTLER,                           )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )        1:07-CV-444-WKW
                                         )               [WO]
                                         )
THE CITY POLICE DEPARTMENT, *et al.,*)
                                         )
            Defendants.                  )

## **ORDER**

The Magistrate Judge filed a Report (Doc. # 5) in which he recommended that the case be dismissed for failure to prosecute.  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Report and Recommendation of the Magistrate Judge, it is ORDERED that:

1.      The Report and Recommendation (Doc. # 5) of the Magistrate Judge is ADOPTED;

2.      This case is DISMISSED without prejudice for the plaintiff's failure to comply with the orders of this court and to prosecute this action.

An appropriate judgment will be entered.

DONE this 31st day of July, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE